# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Bryin Scott Landry
Allen Correctional Center DOC No. 502088
3751 Lauderdale Woodyard Road
Kinder, LA 70648

## REHEARING ACTION: August 5, 2015

**Docket Number: 15   00331-KH**

**STATE OF LOUISIANA**
**VERSUS**
**BRYIN SCOTT LANDRY**

**Writ Application from Calcasieu Parish Case No. 455504**

**BEFORE JUDGES:**

Hon. Jimmie C. Peters
Hon. James T. Genovese
Hon. John E. Conery

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Bryin Scott Landry** has this day been

**DENIED.**

cc: John Foster DeRosier, Counsel for the Respondent